| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bryant, Vanessa L | 2. Court or Organization<br><br>District Court for the District of Connecticut | 3. Date of Report<br><br>05/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>450 Main Street<br>Room 320<br>Hartford, Connecticut 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 21 A 10: 31   DISCLOSURE FINANCIAL OFFICE   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L | 05/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/07-4/07 | State of Connecticut Judicial Branch Salary to April 2,2007 | $ 37,917.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/01/2007 | ███████████████ y-Salary and Bonus |
| 2. 08/01/2007 | ████████████████████ |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 10/12/07 | Lenox, MA | Rule 23 Seminar | Lodging and Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Mrs Celeste Lewitt | Decorative Prints (12) | $ 2,084.50 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Revolving | J |
| 2. | Bank of America | Revolving | K |
| 3. | ACS | Student Loan | K |
| 4. | Capitol One | Revolving | K |
| 5. | Chase | Revolving | K |
| 6. | Citibank | Revolving | K |
| 7. | Countrywide Mortgage | Mortgage | L |
| 8. | Nelnet | Student Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Farmington, CT | G | Rent | M | W | | | | | |
| 2. Advance Micro | A | Dividend | J | T | | | | | |
| 3. | | | | | Buy | 8/3 | J | | |
| 4. Aetna | A | Dividend | J | T | | | | | |
| 5. Alliance Berstein Global A | A | Dividend | J | T | | | | | |
| 6. Amgen, Inc | A | Dividend | J | T | | | | | |
| 7. Apple Computer Inc | A | Dividend | J | T | | | | | |
| 8. | | | | | Sold | 11/8 | J | C | |
| 9. Artisan Midcap | A | Dividend | J | T | | | | | |
| 10. ASE Test (Y) | | | | | | | | | |
| 11. AT & T | A | Dividend | J | T | Buy | 8/3 | J | | |
| 12. Authenticate Holding Corp | A | Dividend | J | T | | | | | |
| 13. BFC Financial Corp (Y) | | | | | | | | | |
| 14. Bank of America | A | Dividend | J | T | | | | | |
| 15. | - | | | | Sold | 1/19 | J | | |
| 16. Bear Sterns Temp Fund | A | Dividend | J | T | | | | | |
| 17. Best Buy | A | Dividend | J | T | Buy | 1/19 | J | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
   (See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 8/3 | J | | |
| 19. Black Rock High Income | A | Dividend | J | T | | | | | |
| 20. Boston Scientific | A | Dividend | J | T | | | | | |
| 21. BP P.L.C. | A | Dividend | J | T | Buy | 11/8 | J | | |
| 22. Calypte Biomedical | A | Dividend | J | T | | | | | |
| 23. China Pete Chem Corp | A | Dividend | J | T | | | | | |
| 24. China Life Insurance Co. LTD | A | Dividend | J | T | Buy | 9/26 | J | | |
| 25. | | | | | Sold | 11/8 | J | | |
| 26. Dryfus Premier FDS S & P Star | A | Dividend | J | T | | | | | |
| 27. Exxon Mobil | A | Dividend | J | T | | | | | |
| 28. Fidelity Bond Index Fund | F | Dividend | K | T | | | | | |
| 29. Fidelity Freedom 2020 | A | Dividend | K | T | | | | | |
| 30. Fidelity Retirement Money Market | A | Dividend | K | T | | | | | |
| 31. Fidelity US Bond | A | Dividend | J | T | | | | | - |
| 32. GAP (Y) | | | | | | | | | |
| 33. General Electric | A | Dividend | J | T | Buy | 8/3 | J | | |
| 34. Goldman Sachs (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Google Inc | A | Dividend | J | T | Buy | 11/8 | J | | |
| 36. Harbor Small Cap Value | A | Dividend | J | T | | | | | |
| 37. Hewlett Packard | A | Dividend | J | T | | | | | |
| 38. I shares TR (Goldman) | A | Dividend | J | T | | | | | |
| 39. Lehmann Bros (Y) | | | | | | | | | |
| 40. ███Retirement | | None | N | W | | | | | |
| 41. Merck Co | A | Dividend | J | T | | | | | |
| 42. | | | | | Sold | 9/24 | J | A | |
| 43. Microsoft | A | Dividend | J | T | Buy | 6/12 | J | | |
| 44. | | | | | Sold | 11/8 | J | A | |
| 45. Morgan Stanley (Y) | | | | | | | | | |
| 46. Munder Funds Internet | A | Dividend | J | T | | | | | |
| 47. Munder Funds TR | A | Dividend | J | T | | | | | |
| 48. ███Stock in 401K | A | Dividend | M | T | | | | | |
| 49. ███ Restricted Stock Units | | None | M | T | | | | | |
| 50. ███Retirement | | None | N | W | | | | | |
| 51. ███ Stock Options | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▬▬ Common Stock | | None | M | T | Partial Sale | 2/21 | J | A | |
| 53. | | | | | Partial Sale | 3/15 | J | A | |
| 54. ▬▬ Multi Sector Growth | A | Dividend | K | T | | | | | |
| 55. ▬▬▬▬ | | None | K | T | | | | | |
| 56. Polo Ralph Lauren (Y) | | | | | | | | | |
| 57. Realnet Work Space Inc | A | Dividend | J | T | | | | | |
| 58. Realnetworks Space Inc | A | Dividend | J | T | Buy | 4/06 | J | | |
| 59. | | | | | Sold | 8/3 | J | | |
| 60. Research in Motion | A | Dividend | J | T | Buy | 11/8 | J | | |
| 61. Russell EQ I-I | A | Dividend | J | T | | | | | |
| 62. Russell EQ III | A | Dividend | J | T | | | | | |
| 63. Russell Fixed Income | A | Dividend | J | T | | | | | |
| 64. Russess Select Value-I | A | Dividend | J | T | | | | | |
| 65. Sociedad Quimca Minera De Chile | A | Dividend | J | T | | | | | |
| 66. Starbucks Corp | A | Dividend | J | T | | | | | |
| 67. | | | | | Sold | 11/8 | J | | |
| 68. Strips TINT 11/1516 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Vanessa L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. U.S. Savings Bonds | A | Int./Div. | J | T | | | | | |
| 70. United States Oil LP Units | A | Dividend | J | T | | | | | |
| 71. Verizon Communications | A | Dividend | J | T | | | | | |
| 72. Walt Disney | A | Dividend | J | T | Partial Sale | 6/12 | J | C | |
| 73. XM Satellite Radio (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | • |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544